# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DIRECTV, INC., | **:** | |
| Plaintiff, | **:** | Case No. 3:05CV103 |
| vs. | **:** | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JIM WALKER, | **:** | |
| Defendant. | **:** | |

## REPORT AND RECOMMENDATIONS[1]

On September 1, 2005, Defendant Jim Walker filed a Notice of Bankruptcy indicating that he filed for chapter 7 bankruptcy on December 7, 2004 and that his bankruptcy was discharged on April 29, 2005. (Doc. #2). Because Defendant's bankruptcy was discharged after the date this case was filed, his bankruptcy discharge presumably included the present case.

### IT IS THEREFORE RECOMMENDED THAT:

1.  Plaintiff's Complaint be DISMISSED due to Defendant's bankruptcy discharge; and

2.  This case be terminated on the docket of this Court.


January 3, 2006

   s/ Sharon L. Ovington  <br>
Sharon L. Ovington<br>
United States Magistrate Judge

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendations.

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with this Report and Recommendations.  Pursuant to Fed. R. Civ. P. 6(e), this period is extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by mail.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within ten days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See United States v. Walters*, 638 F. 2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140 (1985).